UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff(s),**      **CASE NUMBER: 03-81083**
                                 **HONORABLE VICTORIA A. ROBERTS**

**v.**

**D-1 JEREMY MACFARLANE,**
**D-5 HANSEE SESI,**

        **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE MAGISTRATE JUDGE**

On December 19, 2006, Magistrate Judge Paul Komives submitted a Report and Recommendation **[Doc. 60]** recommending that the Court deny Defendant Jeremy MacFarlane's Motion to Quash Search Warrant and Suppress Evidence **[Doc. 48]**, which Defendant Hansee Sesi joined **[Doc. 50]**.  Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation.  The Court, therefore, **DENIES** Defendants MacFarlane and Sesi's Motion to Quash.

    **IT IS SO ORDERED.**

                                      S/Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated:  January 12, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 12, 2007.

S/Carol A. Pinegar
Deputy Clerk