UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,               CASE NUMBER: 03-81083
                                    HONORABLE VICTORIA A. ROBERTS

**v.**

**JEREMY MacFARLANE, MARTIN HERMIT, PETER GIRGIS, MOMTAZ TAWFIK, and HANSEE SESI,**

      Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND DENYING DEFENDANT'S MOTION IN LIMINE

      Before the court is the Magistrate Judge's Report and Recommendation on Defendant's Motion *in Limine*.  Having reviewed the parties' briefs, the Magistrate's Report and Recommendation, and Defendant's objections, this court **ADOPTS** and **ENTERS** the Magistrate's Report and Recommendation as the findings and conclusions of this court for those reasons stated in the Magistrate's Report.  As a result, Defendant's Motion *in Limine* is **DENIED**.

      **IT IS SO ORDERED**.

                                      S/Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated:  March 14, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 14, 2007.

S/Carol A. Pinegar
Deputy Clerk